Kimberly S. Trimble (State Bar No. 288682)
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel:  (619) 771-3473
Fax:  (619) 255-1515
Email:  ktrimble@singletonschreiber.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ARGUELLES, | Case No. '23CV0321 H    AGS |
| Plaintiff, | **DECLARATION OF BRENDA ARGUELLES** |
| v. | |
| COUNTY OF SAN DIEGO and OFFICER DOES 1 and 2, | |
| Defendants. | |

I, Brenda Arguelles, declare as follows:

1. I am over the age of 18 years and competent to testify in this matter.

2. I am the mother of Alan Isai Rivas Arguelles, who died on September 8, 2021 in Juvenile Hall located at 2801 Meadow Lark Drive, San Diego, CA 92123. My son's death certificate is attached to this declaration.

DECLARATION OF BRENDA ARGUELLES
1

3. No proceeding is now pending in California for administration of the Estate of Alan Isai Rivas Arguelles.

4. I am the successor in interest to Alan Isai Rivas Arguelles, as defined in Section 377.11 of the California Code of Civil Procedure, and success to his interest in the above-captioned action.

5. No other person has a superior right to commence the above-captioned action or to be substituted for Alan Isai Rivas Arguelles in the above-captioned action. The biological father of Alan Isai Rivas Arguelles is Juan Carlos Rivas Vernal. I raised my son, Alan Isai Rivas Arguelles, without any support or participation from Juan Carlos Rivas Vernal. Alan Isai Rivas Arguelles generally did not have any interaction with his biological father throughout his life, and we have almost always had no knowledge as to where he resides. I believe Juan Carlos Rivas Vernal lives somewhere in Mexico. I do not have his contact information.

I affirm under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 4, 2022, in San Diego, California.

_____
Brenda Arguelles

DECLARATION OF BRENDA ARGUELLES